KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Jennifer E. Sherven, Esq.**
**JSherven@kaufmandolowich.com**

September 1, 2026

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New Yok 10007

**MEMO ENDORSED**

**Re: Donna Hedges v. Krebs Brewing Co., Inc.**
**Docket No.: 26-cv-04695**

Dear Judge Failla:

This firm was just retained to represent the defendant, Krebs Brewing Co., Inc. ("Defendant"), in the above-referenced matter. I write, with Plaintiff's consent, to respectfully request an extension of time for Defendant to file a response to Plaintiff's Complaint and to adjourn the initial pretrial conference scheduled for October 16, 2026.

The current deadline for Defendant to respond to the Complaint is September 1, 2026. As this firm needs additional time to investigate the allegations in the Complaint, Defendant seeks a 45-day extension or until October 16, 2026 to answer, move against, or otherwise respond to Plaintiff's Complaint. In addition, the parties request that the initial pretrial conference scheduled for October 16, 2026 be adjourned 30 days to a date convenient for the Court.

This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint and the parties' first request to adjourn the initial pretrial conference.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich, LLP

Jennifer E. Sherven

Jennifer E. Sherven

cc: All Counsel of Record (*via* ECF)

Application GRANTED. Defendant shall answer or otherwise respond to the Complaint on or before **October 16, 2026.** The initial pretrial conference currently scheduled for October 16, 2026, is hereby ADJOURNED to **November 20, 2026**, at **12:00 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated: September 2, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE